No. 73, Orig. CALIFORNIA v. NEVADA. Exceptions to Report of the Special Master set for oral argument in due course. The Solicitor General is invited to file a brief in this case expressing the views of the United States. [For earlier order herein, see, e. g., ante, p. 922.]

No. 84, Orig. UNITED STATES v. ALASKA. It is ordered that J. Keith Mann, Esquire, of Stanford, Cal., be appointed Special Master in this case with authority to fix the time and conditions for the filing of additional pleadings and to direct subsequent proceedings, and with authority to summon witnesses, issue subpoenas, and take such evidence as may be introduced and such as he may deem necessary to call for. The Master is directed to submit such reports as he may deem appropriate.

The Master shall be allowed his actual expenses. The allowances to him, the compensation paid to his technical, stenographic and clerical assistants, the cost of printing his report, and all other proper expenses shall be charged against and be borne by the parties in such proportion as the Court may hereafter direct.

It is further ordered that if the position of Special Master in this case becomes vacant during a recess of the Court, THE CHIEF JUSTICE shall have authority to make a new designation which shall have the same effect as if originally made by the Court. [For earlier order herein, see 442 U. S. 937.]

No. 85, Orig. TEXAS v. OKLAHOMA. Motion for leave to file a bill of complaint granted and the defendant shall have 60 days to answer.

No. 78–1793. ROBERTS v. UNITED STATES. C. A. D. C. Cir. [Certiorari granted, ante, p. 822.] Motion of petitioner for leave to file a supplemental brief after argument granted.